**COLE SCHOTZ P.C.**
Warren A. Usatine, Esq.
Felice Yudkin, Esq.
Mark Tsukerman, Esq.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Ted Baker Canada Inc., *et al.*,[1] | Case No. 24- |
| Debtors in a Foreign Proceeding. | Joint Administration Requested |

**CORPORATE OWNERSHIP**
**STATEMENT OF TED BAKER CANADA, INC.,**
**PURSUANT TO BANKRUPTCY RULES 1007(A)(4) AND 7007.1**

Ted Baker Canada Inc. is a wholly-owned subsidiary of OSL Fashion Services Canada Inc. The following corporate entities own 10% or more of Ted Baker Canada, Inc.'s equity interests.

| **Shareholders** | **Percentage of Total Shares** |
|---|---|
| OSL Fashion Services Canada Inc. | 100% |

---

[1] The Debtors in these chapter 15 cases, along with the last four digits of each Debtor's U.S. Federal Employer Identification Number ("FEIN") or Canada Revenue Agency Business Number ("BN"), are: Ted Baker Canada Inc. (BN 3889); Ted Baker Limited (FEIN 3341); OSL Fashion Services, Inc. (FEIN 1225); and OSL Fashion Services Canada (BN 7745).

**COLE SCHOTZ P.C.**
Warren A. Usatine, Esq.
Felice Yudkin, Esq.
Mark Tsukerman, Esq.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393

*Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Ted Baker Canada Inc., *et al.*,[1] | Case No. 24- |
| Debtors in a Foreign Proceeding. | Joint Administration Requested |

### DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized signatory of Ted Baker Canada Inc.; Ted Baker Limited; OSL Fashion Services, Inc.; and OSL Fashion Services Canada, the debtors in these cases, declare under penalty of perjury that I have read the foregoing list of equity security holders and corporate ownership statement and that it is true and correct to the best of my information and belief.

Dated: April 24, 2024

By: /s/ Antoine Adams
Antoine Adams
Authorized Signatory

---

[1] The Debtors in these chapter 15 cases, along with the last four digits of each Debtor's U.S. Federal Employer Identification Number ("FEIN") or Canada Revenue Agency Business Number ("BN"), are: Ted Baker Canada Inc. (BN 3889); Ted Baker Limited (FEIN 3341); OSL Fashion Services, Inc. (FEIN 1225); and OSL Fashion Services Canada (BN 7745).