**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 15 |
| Ted Baker Canada Inc. *et al.*,[1] | Case No.: 24-10699-MEW |
| Debtors in a Foreign Proceeding, | (Joint Administration Requested) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Jacob Johnson, to be admitted, *pro hac vice*, to represent Canadian Imperial Bank of Commerce in the above-captioned chapter 15 cases and any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Georgia and the bar of the United States District Court for the Northern District of Georgia, the United States District Court for the Middle District of Georgia, the United States Bankruptcy Court of the Northern District of Georgia, and the United States Bankruptcy Court for the Middle District of Georgia, it is hereby

**ORDERED**, that Jacob Johnson, is admitted to practice, *pro hac vice*, in the above captioned action to represent Canadian Imperial Bank of Commerce in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: April 25, 2024

               **s/Michael E. Wiles**
               UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 15 cases, along with the last four digits of each Debtor's U.S. Federal Employer Identification Number ("FEIN") or Canada Revenue Agency Business Number ("BN"), are: Ted Baker Canada Inc. (BN 3889); Ted Baker Limited (FEIN 3341); OSL Fashion Services, Inc. (FEIN 1225); and OSL Fashion Services Canada (BN 7745).